McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>BENITO GOMEZ-DELGADILLO,<br><br>        Defendant. | Mag. No. 07-0363 DAD<br><br>MOTION TO DISMISS COMPLAINT<br>and ORDER |

    Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, asks the Court to file an order dismissing the complaint against Benito Gomez-Delgadillo, filed on November 22, 2007, in Mag. No. 07-0363 DAD. On December 5, 2007, in the courtroom of Magistrate Judge Edmund F. Brennan, the defendant pleaded guilty to an information charging a misdemeanor violation of 8 U.S.C. § 1325(a)(1) – illegal entry by an alien.

///
///
///
///
///

1  The defendant waived appeal and was sentenced to four (4) months
2  confinement.

3                                          Respectfully Submitted,

4                                          McGREGOR W. SCOTT
                                           United States Attorney
5
   DATED: December 6, 2007           By:*/s/ Kyle Reardon*
6                                          KYLE REARDON
                                           Assistant U.S. Attorney
7

8

9
                                  O R D E R
10

11     The November 19, 2007, complaint in the above-captioned case
12  is hereby DISMISSED.

13     So Ordered.

14  DATED: December 10, 2007.
                                     _____
15                                   EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE
16

2